LISA E. LESCHUCK
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
307-772-2124



FILED
U.S. DISTRICT COURT
DISTRICT O

DEC 04 2009

Stephan Harris, Clerk
Cheyenne

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | ) | No. 09-CR-371-WCB |
|---|---|---|
| v. | ) | |
| | ) | Count: 18 U.S.C. § 113(a)(4) and |
| | ) | 18 U.S.C. § 7 (Assault within the |
| MICHAEL A. VILLA, | ) | Maritime and Territorial Jurisdiction of the |
| | ) | United States) |
| Defendant. | ) | |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 30, 2009, in the District of Wyoming, the Defendant, MICHAEL A. VILLA, at a place within the special maritime and territorial jurisdiction of the United States, namely Francis E. Warren Air Force Base, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault an individual, namely N.Z., by wrapping both his hands around her neck and choking her.

In violation of 18 U.S.C. § 113(a)(4) and 18 U.S.C. § 7.

DATED this 4th day of December, 2009.

Respectfully Submitted,

KELLY H. RANKIN
United States Attorney

By: _____
LISA E. LESCHUCK
Assistant United States Attorney

# PENALTY SUMMARY

**DATE:** December 4, 2009

**DEFENDANT NAME:** Michael A. Villa

# VICTIM: YES

**OFFENSE AND PENALTIES:**

OFFENSE:     Ct. 1:     18 U.S.C. § 113(a)(4) and 18 U.S.C. §7 Assault within a Maritime Territory

PENALTY:     NMT 6 months imprisonment
$5,000 FINE
$10 SPECIAL ASSESSMENT

**AGENT:** Kevin A. Adams, FEWAFB OSI     **AUSA:** Lisa E. Leschuck

**ESTIMATED TIME OF TRIAL:**     **INTERPRETER NEEDED:**

- ✓ five days or less
- ___ over five days
- ___ other

- ___ Yes
- ✓ No

**THE GOVERNMENT:**

- ___ will
- ✓ will not

**SEEK DETENTION IN THIS CASE.**

- ___ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions